IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                    PLAINTIFF

v.                                    Case No. 1:24-cv-1053

CAPTAIN LISA WORLEY and
SHERIFF RICKY ROBERS                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16.   Judge Bryant recommends that Plaintiff's claims of access to the courts, discrimination, and all official capacity claims be dismissed for failure to state a claim upon which relief may be granted.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No.1 6) *in toto*.  Accordingly, Plaintiff's claims of access to the courts, discrimination, and all official capacity claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff's claims of retaliation against both Defendants in their individual capacities remain for further litigation.

**IT IS SO ORDERED**, this 25th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge